**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2676**

_____

CHARLES E. TERRY, JR.,

Plaintiff - Appellant,

versus

FAIRFAX OPPORTUNITIES UNLIMITED, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-97-324-A)

_____

Submitted:  June 18, 1998                Decided:  July 2, 1998

_____

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles E. Terry, Jr., Appellant Pro Se.  Christine Hope Perdue, Elizabeth Childers Smith, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles E. Terry, Jr., appeals the district court's order granting the Defendant's motion for summary judgment in his employment discrimination suit. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Terry v. Fairfax Opportunities Unlimited, Inc.</u>, No. CA-97-324-A (E.D. Va. Oct. 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>